O

# United States District Court
# Central District of California

| | |
|---|---|
| URBAN TEXTILE, INC., a California corporation<br><br>                    Plaintiff,<br><br>           v.<br><br>SPECIALTY RETAILERS, INC., a Texas corporation; MARK-EDWARDS APPAREL, INC., a Canadian Federal Corporation; and DOES 1-20, inclusive,<br><br>                    Defendants. | Case № 2:15-cv-03456-ODW(FFM)<br><br>**ORDER TO SUBMIT THE REGISTER OF COPYRIGHT'S DETERMINATION** |

     Plaintiff Urban Textile filed a complaint on May 7, 2015 alleging copyright infringement of three two-dimensional artistic textile designs. (Compl. 4-6, ECF No. 1.) On July 30, 2015 Plaintiff filed an amended complaint and on the very next day Defendants filed an answer to the amended complaint. (ECF Nos. 17-18.) On June 23, 2016, the Court stayed this case pending a determination by the Register of Copyrights as to the validity of the registration for the three copyrights at issue in this case. (ECF No. 30.) The parties have notified the Court that the Register of

Copyrights has now issued its determination. (ECF No. 31.) However, the Court has not received a copy of that determination. Accordingly, the Court orders Plaintiff to submit a copy of the Register of Copyright's determination *by November 3, 2016*. The Court's previous stay shall remain in effect until Plaintiff submits the determination. Upon receipt of the determination, the Court shall lift the stay and issue an order setting relevant dates and deadlines.

**IT IS SO ORDERED.**

October 21, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2