O

# United States District Court
# Central District of California

| | |
|---|---|
| URBAN TEXTILE, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>SPECIALTY RETAILERS, INC., a Texas corporation; MARK-EDWARDS APPAREL, INC., a Canadian Federal Corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case № 2:15-cv-03456-ODW(FFM)<br><br><br><br>**ORDER RESCHEDULING DATES** |

## I. INTRODUCTION

Plaintiff Urban Textile filed a complaint on May 7, 2015 alleging copyright infringement of three two-dimensional artistic textile designs. (Compl. 4-6, ECF No. 1.) On July 30, 2015 Plaintiff filed an amended complaint and on the very next day Defendants filed an answer to the amended complaint. (ECF Nos. 17-18.) On June 23, 2016, the Court stayed this case pending a determination by the Register of Copyrights as to the validity of the registration for three copyrights at issue in this case. (ECF No. 30.) The Register of Copyrights has now issued its decision. (ECF

No. 34.)  Accordingly, the Court lifts its previous order to stay and sets the following dates and deadlines:

| | |
|---|---|
| **Trial 9:00 a.m.** | 6/6/2017 |
| File Final Trial Exhibit Stipulation | 6/1/2017 |
| Hearing on **Motions in Limine at 1:30 p.m.** | 5/22/2017 |
| **Final Pretrial Conference at 1:30 p.m**.; Motions in Limine to be Filed; Proposed Voir Dire Questions & Agreed-to Statement of Case | 5/15/2017 |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation; File Trial briefs; File Contentions of Fact & Law; Exhibit & Witness Lists; File Status Report Regarding Settlement; File Agreed Upon Set of Instructions & Verdict Forms; File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | 5/1/2017 |
| Last Day for Hearing Motions | 4/10/2017 |
| Last Date to Conduct Settlement Conference | 4/3/2017 |
| Discovery Cut-Off for *All* Discovery | 3/6/2017 |

   **IT IS SO ORDERED.**

   November 2, 2016

   _____
   **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**