Adam J. Thurston (SBN 162636)
adam.thurston@dbr.com
Ryan S. Fife (SBN 235000)
ryan.fife@dbr.com
Jessica R. Medina (SBN 302236)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendant
SPECIALTY RETAILERS, INC. and
MARK-EDWARDS APPAREL INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>STAGE STORES, INC., a Delaware Corporation; SPECIALTY RETAILERS, INC., a Texas Corporation; MARK-EDWARDS APPAREL INC., a Canadian Federal Corporation; and DOES 1-20, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:15-CV-03456 ODW (FFMx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declaration of Adam J. Thurston, Separate Statement of Uncontroverted Facts, Request for Judicial Notice, [Proposed] Judgment]<br><br>Hearing Date:　April 10, 2017<br>Hearing Time:　1:30 p.m.<br>Courtroom:　　5D<br>Pre-Trial Conf.:　May 15, 2017<br>Trial Date:　　June 6, 2017 |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT
88012625.1

CASE NO.: 2:15-CV-03456-ODW-FFM

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on April 10, 2017 at 1:30 p.m. in Courtroom 5D, before the Honorable Otis D. Wright II, United States District Judge, United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, California 90012, or as soon thereafter as the matter may be heard, Defendants Mark-Edwards Apparel, Inc. and Specialty Retailers, Inc. ("Defendants") will and hereby do, move for partial summary judgment on Plaintiff Urban Textile, Inc.'s ("Urban") First Amended Complaint pursuant to Federal Rule of Civil Procedure 56 and the Local Rules of this Court. Specifically, Defendants seek partial summary judgment as to the copyright infringement claims based upon Urban design numbers UB-4694 and UB-4701. Defendants further request that the court award defendants attorneys' fees and costs as the prevailing party as to these claims.

The Motion is made upon the grounds that: (1) Urban's copyright registrations for UB-4694 and UB-4701 are invalid as a matter of law because the designs were published prior to the time that Urban registered them as parts of an unpublished collection; and (2) Urban's copyright registration for UB-4701 is invalid as a matter of law for the separate, independent reason that Urban registered a prior version of the design with inconsequential differences only in coloration.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Adam J. Thurston and exhibits thereto, the Separate Statement of Uncontroverted Facts, the Request for Judicial Notice, the documents, records, and pleadings in the Court's file, and on such other evidence and argument as the Court may entertain at or before the time of the hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 31 and February 1, 2017. The parties were unable

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT
88012625.1
- 1 -
CASE NO. 2:15-CV-03456 ODW (FFMx)

to resolve the issues raised by this Motion.  Accordingly, the matter is submitted to the Court for resolution.

Dated:  March 6, 2017

DRINKER BIDDLE & REATH LLP

By: */s/ Adam J. Thurston*
    Adam J. Thurston
    Ryan S. Fife
    Jessica R. Medina

Attorneys for Defendants
SPECIALTY RETAILERS, INC. and
MARK-EDWARDS APPAREL INC.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT
88012625.1

- 2 -

CASE NO. 2:15-CV-03456 ODW (FFMx)