Adam J. Thurston (SBN 162636)
adam.thurston@dbr.com
Ryan S. Fife (SBN 235000)
ryan.fife@dbr.com
Jessica R. Medina (SBN 302236)
jessica.medina@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendants
SPECIALTY RETAILERS, INC. and
MARK-EDWARDS APPAREL INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STAGE STORES, INC., a Delaware Corporation; SPECIALTY RETAILERS, INC., a Texas Corporation; MARK-EDWARDS APPAREL INC., a Canadian Federal Corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:15-CV-03456 ODW (FFMx)<br><br>*Hon. Otis D. Wright II*<br><br>**DECLARATION OF ADAM J. THURSTON IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with Notice of Motion and Motion, Memo. of Points and Authorities, Separate Statement of Uncontroverted Facts, Request for Judicial Notice, [Proposed] Judgment]<br><br>Hearing Date: April 10, 2017<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5D<br>Pre-Trial Conf.: May 15, 2017<br>Trial Date: June 6, 2017 |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL. OF ADAM J. THURSTON ISO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
88042530.1

CASE NO. 2:15-CV-03456 ODW (FFMx)

# DECLARATION OF ADAM J. THURSTON

I, Adam J. Thurston, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and admitted to practice before this Court. I am a partner in the law firm of Drinker Biddle & Reath LLP, counsel of record for Defendants Mark-Edwards Apparel Inc. ("Mark-Edwards") and Specialty Retailers, Inc. ("SRI," collectively "Defendants") in this matter. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the First Amended Complaint ("FAC"), which is the operative complaint in this case.

3. The parties are currently litigating an earlier, related case filed by Urban against Mark-Edwards and a different retailer, entitled *Urban Textiles, Inc. v. rue21, Inc. et al.*, No. 2:14-cv-08285-ODW-FFM (the "8285 Action"). The 8285 Action involves each of the designs at issue in this case. Defendants in the 8285 Action have a motion for summary judgment pending that challenges the validity of each of the three registrations at issue in this case.

4. Urban's counsel has represented that Urban intends to dismiss UB-4701 from this action. However, he has not yet done so.

## Urban Has Not Produced a Deponent in This Action, and has not Produced Responsive Documents from Its Files

5. On January 20, 2017, my office served and duly noticed a Deposition of Urban's 30(b)(6) witness for February 28, 2017. Thereafter, Urban's counsel informed me that Urban's witness, Tae O Chong, was not available on the date noticed. However, Urban never provided Defendants with an alternative date for the deposition of Urban's 30(b)(6) witness, despite my office's repeated requests. Indeed, Urban has failed and refused to produce a witness for deposition in this litigation. In addition, in response to Defendants' document requests served in this

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL. OF ADAM J. THURSTON ISO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
88042530.1
-1-
CASE NO. 2:14-CV-03456 ODW (FFMx)

case, Urban merely produced excerpts from the filings in the 8285 Action, each page of which bears the electronic header superimposed on the documents by the ECF system. Urban did not produce a single document from its own files as requested by the document requests.

<u>Urban Filed a New Registration for UB-4694</u>

6. In April of 2016, Urban's president Tae O Chone filed a new copyright registration for UB-4694. Attached hereto as Exhibit 7 is a true and correct copy of the new Certificate of Registration, Registration No. VA 2-007-774, for deposit of UB 4694, as it was filed by Urban Textile as docket entry 118-12 in the 8285 Action.

7. Notably, Urban has never produced the new registration to Defendants—either in response to discovery requests seeking the registrations for the designs at issue, or in response to Defendants' informal requests—despite repeatedly committing to do so.

8. Urban has filed a new lawsuit against Defendants based on this new registration, entitled *Urban Textile, Inc. v. Mark-Edwards Apparel Inc., et al.*, No. 2:16-cv-09155-ODW-FFM, filed December 9, 2016 in the United States District Court for the Central District of California. Mark-Edwards has not yet been served in the new action.

<u>Other Exhibits</u>

9. Attached hereto as Exhibit 2 is a true and correct copy of Defendants' Answer to the First Amended Complaint. (ECF Doc. No. 18.).

10. Attached hereto as Exhibit 3 a true and correct copy of the Certificate of Registration, Registration No. VAu 1-150-538, for deposit of UB 4672, as it was produced by Urban Textile in this case.

11. Attached hereto as Exhibit 4 is a true and correct copy of the Certificate of Registration, Registration No. VAu 1-158-182, for deposit of UB 4694, as it was produced by Urban Textile in this case.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL. OF ADAM J. THURSTON ISO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
88042530.1                                   -2-                    CASE NO. 2:14-CV-03456 ODW (FFMx)

12. Attached hereto as Exhibit 5 is a true and correct copy of the Certificate of Registration, Registration No. VAu 1-135-983, for deposit of UB 4638, as it was produced by Urban Textile in this case.

13. Attached hereto as Exhibit 6 is a true and correct copy of the Certificate of Registration, Registration No. VAu 1-158-171, for deposit of UB 4701, as it was produced by Urban Textile in this case.

14. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Volume I of the transcript of the deposition of Tae O ("Matthew") Chong taken on February 5, 2016 in the 8285 Action. Note that this is the same deponent who was deposed in the May 13, 2015 deposition, the excerpts from that transcript are attached hereto as Exhibit 10.

15. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Volume II of the transcript of the deposition of Tae O ("Matthew") Chong taken February 15, 2016 in the 8285 Action.

16. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript of the deposition of Tae O ("Matthew") Chong taken May 13, 2015 in an earlier copyright infringement action initiated by Urban, Case No. 2:14-cv-06074-ODW-FFM (the "6074 Action").

17. Attached hereto as Exhibit 11 is a true and correct copy of Urban Textile's Chevron Prints look book, which was produced during discovery by Urban in the 6074 Action. This document was marked as Exhibit 24 at Matthew Chong's deposition taken on February 15, 2016 in the 8285 Action.

18. Attached hereto as Exhibit 12 is a true and correct copy of Urban Textile's Ethnic Prints look book, which was produced during discovery by Urban in the 6074 Action. This document was marked as Exhibit 25 at Matthew Chong's deposition taken on February 15, 2016 in the 8285 Action.

19. Attached hereto as Exhibit 13 is a true and correct copy of an e-mail thread dated December 12, 2013 between Urban and California Blue, transmitting

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL. OF ADAM J. THURSTON ISO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
88042530.1
-3-
CASE NO. 2:14-CV-03456 ODW (FFMx)

1  UB-4694. This document was marked as Exhibit 26 at Tae O. Chong's deposition
2  taken on February 15, 2016 in the 8285 Action.
3       20.    Attached hereto as Exhibit 14 is a true and correct copy of an e-mail
4  thread beginning December 12, 2013 between Urban and California Blue,
5  transmitting UB-4672, UB-4701, and UB-4638. This document was marked as
6  Exhibit 28 at Tae O. Chong's deposition taken on February 15, 2016 in the 8285
7  Action.
8       I declare under penalty of perjury under the laws of the State of California
9  and the United States of America that the foregoing is true and correct and that this
10 declaration was executed on March 6, 2017 in Los Angeles, California.

*/s/ Adam J. Thurston*
Adam J. Thurston

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL. OF ADAM J. THURSTON ISO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT -4- CASE NO. 2:14-CV-03456 ODW (FFMx)
88042530.1