# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STAGE STORES, INC., a Delaware Corporation; SPECIALTY RETAILERS, INC., a Texas Corporation; MARK-EDWARDS APPAREL INC., a Canadian Federal Corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:15-CV-3456 ODW (FFMx)<br><br>**[PROPOSED] JUDGMENT** |

    On March 6, 2017, defendants Mark-Edwards Apparel Inc. and Specialty Retailers, Inc. (collectively, "Defendants") filed a Motion for Partial Summary Judgment on plaintiff Urban Textile, Inc.'s First Amended Complaint. (Dkt. 17.) On _____, 2017, the Court entered an Order granting Defendants' Motion for Partial Summary Judgment (the "Order").

    In light of the Order, **IT IS HEREBY ORDERED, ADJUDGED AND**

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] JUDGMENT
88042229.1

- 1 -

CASE NO.: 2:15-CV-03456-ODW-FFM

**DECREED THAT:**

1. PARTIAL JUDGMENT is entered in favor of Mark-Edwards Apparel Inc. and Specialty Retailers, Inc., and against Urban Textile, Inc. as to the claims based upon Urban design numbers UB-4694 and UB-4701.

2. Defendants shall file any motion for costs pursuant to 17 U.S.C. § 505 within twenty-one days from the entry of this Order.

**IT IS SO ORDERED.**

Dated: _____  _____
Otis D. Wright II
United States District Judge

Drinker Biddle & Reath LLP
Attorneys At Law
Los Angeles

[Proposed] Judgment
88042229.1
- 2 -
CASE NO. 2:15-CV-03456 ODW (FFMx)