# United States District Court
# Central District of California

| | |
|---|---|
| URBAN TEXTILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPECIALTY RETAILERS, INC.; MARK-EDWARDS APPAREL INC.; and DOES 1–10, inclusive, <br><br> Defendants. | Case № 2:15-cv-03456-ODW(FFMx) <br><br> **JUDGMENT** |

On May 5, 2017, the Court granted Defendants Specialty Retailers, Inc. and Mark-Edwards Inc.'s (together, "Defendants") motion for partial summary judgment and *sua sponte* entered summary judgment as to Plaintiff Urban Textile, Inc.'s remaining claims.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Urban Textile, Inc., shall recover nothing from Defendants, and its claims against Defendants are dismissed on the merits and with prejudice; and

2. Defendants shall recover their costs from Urban Textile, Inc. as evidenced by a Bill of Costs.

**IT IS SO ORDERED.**

May 5, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**